**Van–125** [Dismissal Order] (Rev. 11/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 08–06207–TOM13 |
| David B Lucas | **Chapter** 13 |
| **SSN:** xxx–xx–4029 | |
| Melinda D Lucas | |
| **SSN:** xxx–xx–7577 | |
| **Debtor(s)** | |

## ORDER DISMISSING CASE

This matter came before the Court on **9/21/09** for a hearing on the **Chapter 13 Trustee's Motion to Dismiss.**

It is **ORDERED, ADJUDGED, and DECREED** that:

☑  Trustee's Motion to Dismiss is **GRANTED.**

☑  Debtor's **CONSENT** to the Trustee's Motion to Dismiss is **APPROVED.**

☐  **OTHER:**


Dated:  September 22, 2009                           /s/  Tamara O Mitchell
                                                                                United States Bankruptcy Judge

khm